GOLDSMITH & HULL, P.C./File CDCS908 & CDCS910
William I. Goldsmith, SBN 82183
Jack D. Hull  SBN 91879
16933 Parthenia St., Suite 110
Northridge, CA 91343
Telephone: (818) 990-6600
Facsimile: (818) 990-6140
**Govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>    vs.<br><br>MARK A. ARJOON AKA ANTHONY ARJOON<br><br><br>        Defendant. | Case No.: CV13-07928 SVW (MRWx)<br><br><br>ORDER |

   IT IS HEREBY ORDERED that the above-entitled case is dismissed without prejudice.

DATED: January 31, 2014

_____
Hon. Stephen V. Wilson
United States District Judge

1